```
                                            FILED
                                        08 JUL 23 PM 3:45
                                        CLERK, U.S. DISTRICT COURT
                                        SOUTHERN DISTRICT OF CALIFORNIA

                                        BY:  KNH     DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

June 2008 Grand  '08 CR 2430 BTM

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. _____ |
| Plaintiff, | **I N D I C T M E N T** |
| v. | Title 8, U.S.C., Secs. 1324(a)(1)(A)(i) and (a)(1)(B)(iv) - Bringing in Illegal Aliens Resulting in Death; Title 8, U.S.C. Sec. 1324(a)(1)(A)(i) - Bringing in Illegal Aliens; Title 8, U.S.C., Sec. 1324(a)(2)(B)(ii) - Bringing in Illegal Aliens for Financial Gain; Title 18, U.S.C., Sec. 2 - Aiding and Abetting; Title 8, U.S.C., Secs. 1326(a) and (b) - Deported Alien Found in the United States |
| GERARDO SALTO-ROCHA (1), JOSE HERNANDEZ RIVAS (2), | |
| Defendants. | |

The grand jury charges:

Count 1

On or about July 7, 2008, within the Southern District of California, defendant GERARDO SALTO-ROCHA, with the intent to violate the immigration laws of the United States, did bring, and attempt to bring, to the United States an alien, namely, Lidio Rocha-Diaz, knowing that said person was an alien, at a place other than a designated port of entry and at a place other than as designated by the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 251 and 557), resulting in the death of the

PJM:nlv:San Diego
7/23/08



alien; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(i) and (a)(1)(B)(iv).

### Count 2

On or about July 7, 2008, within the Southern District of California, defendant GERARDO SALTO-ROCHA, with the intent to violate the immigration laws of the United States, did bring or attempt to the United States an alien, namely, Pedro Nieto-Rojas, knowing that said person was an alien, at a place other than a designated port of entry and at a place other than as designated by the Department of Homeland Security; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(i).

### Count 3

On or about July 7, 2008, within the Southern District of California, defendant GERARDO SALTO-ROCHA, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Pedro Nieto-Rojas, had not received prior official authorization to come to, enter and reside in the United States, did bring to and attempt to bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

### Count 4

On or about July 7, 2008, within the Southern District of California, defendant GERARDO SALTO-ROCHA, with the intent to violate the immigration laws of the United States, did bring or attempt to the United States an alien, namely, Epifanio Barajas-Rodriguez, knowing that said person was an alien, at a place other than a designated port

of entry and at a place other than as designated by the Department of Homeland Security; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(i).

### Count 5

On or about July 7, 2008, within the Southern District of California, defendant GERARDO SALTO-ROCHA, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Epifanio Barajas-Rodriguez, had not received prior official authorization to come to, enter and reside in the United States, did bring to and attempt to bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

### Count 6

On or about July 7, 2008, within the Southern District of California, defendant GERARDO SALTO-ROCHA, with the intent to violate the immigration laws of the United States, did bring or attempt to the United States an alien, namely, Atenedoro Perez-Cortes, knowing that said person was an alien, at a place other than a designated port of entry and at a place other than as designated by the Department of Homeland Security; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(i).

### Count 7

On or about July 7, 2008, within the Southern District of California, defendant GERARDO SALTO-ROCHA, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Atenedoro Perez-Cortes,

had not received prior official authorization to come to, enter and reside in the United States, did bring to and attempt to bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

### Count 8

On or about July 8, 2006, within the Southern District of California, defendant JOSE HERNANDEZ RIVAS, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Sections 1326(a) and (b).

It is further alleged that defendant JOSE HERNANDEZ RIVAS was removed from the United States subsequent to October 25, 2007.

DATED: July 23, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
DAVID D. LESHNER
Assistant U.S. Attorney

4