1 | Mayfield & Associates - Attorneys at Law
Gayle Mayfield-Venieris, Esq., Bar No. 149296
2 | mayfield@mayfield-law.com
Melissa L. Bustarde, Esq., Bar. No. 239062
3 | bustarde@mayfield-law.com
Christopher Y. Lock, Esq., Bar. No. 246815
4 | lock@mayfield-law.com
462 Stevens Avenue, Suite 303
5 | Solana Beach, CA 92075-2066
Tel: (858) 793-8090; Fax: (858) 793-8099

Attorneys for: Material Witness PEDRO NIETO-ROJAS

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Criminal Case No. 08 cr 2430-BTM<br>Mag. Docket No.   08 mj 2098 |
|---|---|
| Plaintiff, | **APPLICATION FOR AN ORDER SHORTENING TIME TO HEAR MATERIAL WITNESS EPIFANIO BARAJAS-RODRIGUEZ'S MOTION FOR VIDEO DEPOSITION AND RELEASE** |
| v. | |
| GERARDO SALTO-ROCHA (1), | |
| JOSE HERNANDEZ-RIVAS (2), | |
| | JUDGE:  Hon. Barry Ted Moskowitz<br>CRTRM:  15, Fifth floor |
| Defendants. | DATE: August 15, 2008<br>TIME:  2:30 p.m. |
| UNITED STATES OF AMERICA, | Criminal Case No. 08 cr 2429-WQH<br>Mag. Docket No.   08 mj 2098 |
| Plaintiff, | |
| v. | |
| ODILION CIRA-RAMIREZ, | |
| Defendant. | |

PEDRO NIETO-ROJAS ("NIETO") hereby applies for an Order Shortening Time in which to hear his Motion for Video Deposition and Release. The Memorandum of Points and Authorities in support of the Motion, filed herewith, demonstrates the hearing of the Motion on

**1 of 2**

United States v. SALTO-Rocha, et al. (08 mj 2098)(08 cr2430-BTM)
United States v. CIRA-Ramirez (08 mj 2098)(08 cr2429-WQH)
Application for Order Shortening Time to Hear Motion for Material Witness' Video Deposition

1  shortened time is necessary; specifically, that NIETO has been incarcerated since July 8, 2008
2  and has no hope of obtaining a surety to post his bond.
3
4
   Dated:  August 4, 2008                    Mayfield & Associates
5
6                                            By:  /s/ Gayle Mayfield-Venieris
                                                  Gayle Mayfield-Venieris, Esq.
7                                                 Attorney for Material Witness
                                                  PEDRO NIETO-ROJAS
8

Mayfield & Associates
Attorneys at Law
462 Stevens Avenue, Suite 303
Solana Beach, CA 92075-2066

**2 of 2**

United States v. SALTO-Rocha, et al. (08 mj 2098)(08 cr2430-BTM)
United States v. CIRA-Ramirez (08 mj 2098)(08 cr2429-WQH)
Application for Order Shortening Time to Hear Motion for Material Witness' Video Deposition

| | |
|---|---|
| 1 | Mayfield & Associates - Attorneys at Law |
|   | Gayle Mayfield-Venieris, Esq., Bar No. 149296 |
| 2 | mayfield@mayfield-law.com |
|   | Melissa L. Bustarde, Esq., Bar. No. 239062 |
| 3 | bustarde@mayfield-law.com |
|   | Christopher Y. Lock, Esq., Bar. No. 246815 |
| 4 | lock@mayfield-law.com |
|   | 462 Stevens Avenue, Suite 303 |
| 5 | Solana Beach, CA 92075-2066 |
|   | Tel: (858) 793-8090; Fax: (858) 793-8099 |
| 6 | |
| 7 | Attorneys for: Material Witness ATENEDORO PEREZ-CORTEZ |

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | Criminal Case No. 08 cr 2430-BTM |
| | | Mag. Docket No.  08 mj 2098 |
| Plaintiff, | | |
| v. | | **PROOF OF SERVICE VIA E-FILE** |
| | | **[Fed. R. Civ. Pro. 4, Local Rule 5]** |
| GERARDO SALTO-ROCHA (1), | | |
| JOSE HERNANDEZ-RIVAS (2), | | |
| Defendants. | | |
| | | |
| UNITED STATES OF AMERICA, | | Criminal Case No. 08 cr 2429-WQH |
| | | Mag. Docket No.  08 mj 2098 |
| Plaintiff, | | |
| v. | | |
| ODILON CIRA-RAMIREZ, | | |
| Defendant. | | |
| UNITED STATES OF AMERICA, | | Mag. Docket No.  08 mj 2133-LSP |
| Plaintiff, | | |
| v. | | |
| ATENEDORO PEREZ-CORTEZ | | |
| Material Witness. | | |

**1 of 2**

United States v. CIRA-Ramirez (08 mj 2098)(08 cr2429-WQH)
United States v. SALTO-Rocha, et al. (08 mj 2098)(08 cr2430-BTM)
United States v. PEREZ-Cortez (08 mj 2133LSP)
Proof of Service Via E-File

1  I, Melissa L. Bustarde, declare as follows:

2  1. I am over eighteen years of age and not a party to the above-referenced action; my business address is 462 Stevens Avenue, Suite 303, Solana Beach, CA 92075-2066. I am employed in San Diego County, California.

5  2. On August 5, 2008, I filed the following document on the Court's CM/ECF system in Case No. 08 mj 2098/08 cr 2429-WQH/08 cr 2430-BTM/08 mj 2133. The following counsel were electronically served with the following documents via the CM/ECF system pursuant to Local Rule 5.4(c):

- **Application for Order to Shorten Time**
- **Notice of Motion and Motion to Take Deposition by Video**
- **Points and Authorities in Support of Motion for Video Deposition**

| Peter Mazza, A.U.S.A | Karen Stevens, Esq. |
| Efile.dkt.gc2@usdoj.gov | kstevensesq@hotmail.com |
| David L. Baker, Esq. | Andrew Lah, Esq. |
| dlbakerlaw@aol.com | Andrew_lah@fd.org |

I declare under penalty of perjury under the laws of the United States, State of California that the foregoing is true and correct and that this declaration was executed on August 5, 2008.

Melissa L. Bustarde, Esq.
Mayfield & Associates

2 of 2
United States v. CIRA-Ramirez (08 mj 2098)(08 cr2429-WQH)
United States v. SALTO-Rocha, et al. (08 mj 2098)(08 cr2430-BTM)
United States v. PEREZ-Cortez (08 mj 2133LSP)
Proof of Service Via E-File