```
 1 KAREN M. STEVENS
   California Bar No. 110009
 2 185 W. F Street, Suite 100
   San Diego, California  92101
 3 Telephone:  (619) 239-8553
   Facsimile:  (619) 239-0056
 4 kstevensesq@hotmail.com

 5 Attorney for Gerardo Salto-Rocha
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE BARRY TED MOSKOWITZ)

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                  )<br>     Plaintiff,                   )<br>                                  )<br>v.                                )<br>                                  )<br>                                  )<br>GERARDO SALTO-ROCHA (1),          )<br>JOSE HERNANDEZ-RIVAS)(2)          )<br>                                  )<br>                                  )<br>     Defendants.                  )<br>_____) | Case No. 08CR2430-1-BTM<br><br>Date: August 15, 2008<br>Time: 2:30 p.m.<br><br>**NOTICE OF OPPOSITION AND OPPOSITION TO MOTION FOR VIDEOTAPED DEPOSITION OF MATERIAL WITNESSES** |

TO:  KAREN P. HEWITT, UNITED STATES ATTORNEY, and
     PETER MAZZA, ASSISTANT UNITED STATES ATTORNEY
     GAYLE MAYFIELD-VENIERIS, MATERIAL WITNESS ATTORNEY:

PLEASE TAKE NOTICE that on August 15, 2008, at 2:30 p.m., or as soon thereafter as counsel may be heard, the defendant, Gerardo Salto-Rocha, by and through his attorney, Karen M. Stevens will ask this Court to deny the pending motion for a videotaped deposition of the material witnesses.

//

**<u>MOTIONS</u>**

Gerardo Salto-Rocha, by and through his attorney, pursuant to the Amendments to the United States Constitution, Federal Rules of Criminal Procedure, and all other applicable statutes, case law and local rules,

1 hereby moves this Court for an order:

2 **Denying Motions For Videotaped Deposition**s

3 This opposition is based upon the instant opposition and notice of
4 opposition, the attached statement of facts and memorandum of points and
5 authorities, and any and all other materials that may come to this
6 Court's attention at the time of the hearing on this motion.

7                                     Respectfully submitted,

8

9 Dated: August 8, 2008              /s/ Karen M. Stevens
                                     KAREN M. STEVENS
                                     Attorney for Gerardo Salto-Rocha

28  08CR2430BTM                              2

<pre>
1                          PROOF OF SERVICE

2       I, the undersigned, declare that:

3       1. I am over eighteen (18) years of age; am a resident of the County
   of San Diego, State of California; and my business address is 185 W.F.
4  Street, Suite 100, San Diego, California, 92101.

5       2. I am effecting service of DEFENDANT'S MOTIONS on the following
   parties by electronically filing the foregoing with the Clerk of the
6  District Court using its ECF System, which electronically notifies them:

7       PETER MAZZA, Assistant U.S. Attorney
        Office of the U.S. Attorney
8       880 Front Street
        San Diego, CA 92101
9
        DAVID BAKER
10      419 19TH Street
        San Diego, CA 921022
11
        GAYLE MAYFIELD-VENIERIS
12      462 Stevens Aveenue, Suite 303
        Solana Beach, CA 92075
13

14 3.    I hereby certify that I have mailed the foregoing, by United States
   Postal Service to the following non-EFC participants in this case:
15
        1. N/A
16
   to the last known address, at which place there is delivery service of
17 mail from the United States Postal Service.

18      I declare under penalty of perjury that the foregoing is true and
   correct.
19
        Executed on August 8, 2008
20
   S/Karen M. Stevens
21 KAREN M. STEVENS

22

23

24

25

26

27

28  08CR2430BTM                         3
</pre>