Mayfield & Associates - Attorneys at Law
Gayle Mayfield-Venieris, Esq., Bar No. 149296
mayfield@mayfield-law.com
Melissa L. Bustarde, Esq., Bar. No. 239062
bustarde@mayfield-law.com
Christopher Y. Lock, Esq., Bar. No. 246815
lock@mayfield-law.com
462 Stevens Avenue, Suite 303
Solana Beach, CA 92075-2066
Tel: (858) 793-8090; Fax: (858) 793-8099

Attorneys for: Material Witness ATENEDORO PEREZ-CORTEZ

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>GERARDO SALTO-ROCHA (1),<br><br>JOSE HERNANDEZ-RIVAS (2),<br><br>        Defendants. | Criminal Case No. 08 cr 2430-BTM<br>Mag. Docket No.  08 mj 2098<br><br>**APPLICATION FOR AN ORDER SHORTENING TIME TO HEAR MATERIAL WITNESS ATENEDORO PEREZ-CORTEZ'S MOTION FOR VIDEO DEPOSITION AND RELEASE**<br><br>JUDGE:  Hon. Barry Ted Moskowitz<br>CRTRM:  15, Fifth floor<br><br>DATE:  August 15, 2008<br>TIME:   2:30 p.m. |
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>ATENEDORO PEREZ-CORTEZ | Mag. Docket No.  08 mj 2133-LSP |

ATENEDORO PEREZ-CORTEZ ("PEREZ") hereby applies for an Order Shortening Time in which to hear his Motion for Video Deposition and Release. The Memorandum of Points and Authorities in support of the Motion, filed herewith, demonstrates the hearing of the Motion on shortened time is necessary; specifically, that PEREZ has been incarcerated since July 8, 2008 and has no hope of obtaining a surety to post his bond.

**1 of 2**

United States v. SALTO-Rocha, et al. (08 mj 2098)(08 cr2430-BTM)
United States v. PEREZ-Cortez (08 mj 2133-LSP)
Application for Order Shortening Time to Hear Motion for Material Witnesses' Video Deposition

1
2     Dated:  August 11, 2008                    Mayfield & Associates

3                                                By: /s/ Gayle Mayfield-Venieris
                                                 Gayle Mayfield-Venieris, Esq.
4                                                Attorney for Material Witness
                                                 ATENEDORO PEREZ-CORTEZ
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Mayfield & Associates
Attorneys at Law
462 Stevens Avenue, Suite 303
Solana Beach, CA 92075-2066

**2 of 2**

United States v. SALTO-Rocha, et al. (08 mj 2098)(08 cr2430-BTM)
United States v. PEREZ-Cortez (08 mj 2133-LSP)
Application for Order Shortening Time to Hear Motion for Material Witnesses' Video Deposition

```
Mayfield & Associates - Attorneys at Law
Gayle Mayfield-Venieris, Esq., Bar No. 149296
mayfield@mayfield-law.com
Melissa L. Bustarde, Esq., Bar. No. 239062
bustarde@mayfield-law.com
Christopher Y. Lock, Esq., Bar. No. 246815
lock@mayfield-law.com
462 Stevens Avenue, Suite 303
Solana Beach, CA 92075-2066
Tel: (858) 793-8090; Fax: (858) 793-8099
```

Attorneys for: Material Witness ATENEDORO PEREZ-CORTEZ

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Criminal Case No. 08 cr 2430-BTM<br>Mag. Docket No. 08 mj 2098 |
|---|---|
| Plaintiff, | |
| v. | **PROOF OF SERVICE VIA E-FILE**<br>**[Fed. R. Civ. Pro. 4, Local Rule 5]** |
| GERARDO SALTO-ROCHA (1), | |
| JOSE HERNANDEZ-RIVAS (2), | |
| Defendants. | |

| UNITED STATES OF AMERICA, | Mag. Docket No. 08 mj 2133-LSP |
|---|---|
| Plaintiff, | |
| v. | |
| ATENEDORO PEREZ-CORTEZ | |

I, Melissa L. Bustarde, declare as follows:

1. I am over eighteen years of age and not a party to the above-referenced action; my business address is 462 Stevens Avenue, Suite 303, Solana Beach, CA 92075-2066. I am employed in San Diego County, California.

2. On August 11, 2008, I filed the aforementioned document on the Court's CM/ECF system in Case No. 08 mj 2098/08 cr 2430-BTM/08 mj 2133. The following counsel

1 of 2

United States v. SALTO-Rocha, et al. (08 mj 2098)(08 cr2430-BTM)
United States v. PEREZ-Cortez (08 mj 2133LSP)
Proof of Service Via E-File

1  were electronically served with the aforementioned document via the CM/ECF system pursuant
2  to Local Rule 5.4(c):

3  - **Motion to Shorten Time**
4  - **Notice of Motion and Motion to take deposition by Video**
   - **Points and Authorities in Support of Motion for Video Deposition**
5

6  Peter Mazza, A.U.S.A                              Karen Stevens, Esq.

   Efile.dkt.gc2@usdoj.gov                           kstevensesq@hotmail.com
7

8  David L. Baker, Esq.

9  dlbakerlaw@aol.com

10    I declare under penalty of perjury under the laws of the United States, State of California
11 that the foregoing is true and correct and that this declaration was executed on August 11, 2008.

                                                    *(signature)*
                                                    Melissa L. Bustarde, Esq.
                                                    Mayfield & Associates

MAYFIELD & ASSOCIATES
ATTORNEYS AT LAW
462 STEVENS AVENUE, SUITE 303
SOLANA BEACH, CA 92075-2066

2 of 2
United States v. SALTO-Rocha, et al. (08 mj 2098)(08 cr2430-BTM)
United States v. PEREZ-Cortez (08 mj 2133LSP)
Proof of Service Via E-File