1  **Mayfield & Associates - Attorneys at Law**
   Gayle Mayfield-Venieris, Esq., Bar No. 149296
2  mayfield@mayfield-law.com
   Melissa L. Bustarde, Esq., Bar. No. 239062
3  bustarde@mayfield-law.com
   Christopher Y. Lock, Esq., Bar. No. 246815
4  lock@mayfield-law.com
   462 Stevens Avenue, Suite 303
5  Solana Beach, CA 92075-2066
   Tel: (858) 793-8090; Fax: (858) 793-8099
6
7  Attorneys for: Material Witness EPIFANIO BARAJAS-RODRIGUEZ

8  **UNITED STATES DISTRICT COURT**

9  **SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GERARDO SALTO-ROCHA (1),<br><br>JOSE HERNANDEZ-RIVAS (2),<br><br><br>Defendants. | Criminal Case No. 08 cr 2430-BTM<br>Mag. Docket No.   08 mj 2098<br><br>**APPLICATION FOR AN ORDER SHORTENING TIME TO HEAR MATERIAL WITNESS EPIFANIO BARAJAS-RODRIGUEZ'S MOTION FOR VIDEO DEPOSITION AND RELEASE**<br><br>JUDGE:  Hon. Barry Ted Moskowitz<br>CRTRM:  15, Fifth floor<br><br>DATE: August 15, 2008<br>TIME: 2:30 p.m. |

EPIFANIO BARAJAS-RODRIGUEZ ("BARAJAS") hereby applies for an Order Shortening Time in which to hear his Motion for Video Deposition and Release.  The Memorandum of Points and Authorities in support of the Motion, filed herewith, demonstrates the hearing of the Motion on shortened time is necessary; specifically, that BARAJAS has been incarcerated since July 8, 2008 and has no hope of obtaining a surety to post his bond.

**1 of 2**

United States v. SALTO-Rocha, et al. (08 mj 2098)(08 cr2430-BTM)
Application for Order Shortening Time to Hear Motion for Material Witness' Video Deposition

1   Dated: August 11, 2008            Mayfield & Associates

2

3                                     By: /s/ Gayle Mayfield-Venieris
                                          Gayle Mayfield-Venieris, Esq.
                                          Attorney for Material Witness
4                                         EPIFANIO BARAJAS-RODRIGUEZ

2 of 2

United States v. SALTO-Rocha, et al. (08 mj 2098)(08 cr2430-BTM)
Application for Order Shortening Time to Hear Motion for Material Witness' Video Deposition

1  Mayfield & Associates - Attorneys at Law
   Gayle Mayfield-Venieris, Esq., Bar No. 149296
2  mayfield@mayfield-law.com
   Melissa L. Bustarde, Esq., Bar. No. 239062
3  bustarde@mayfield-law.com
   Christopher Y. Lock, Esq., Bar. No. 246815
4  lock@mayfield-law.com
   462 Stevens Avenue, Suite 303
5  Solana Beach, CA 92075-2066
   Tel: (858) 793-8090; Fax: (858) 793-8099
6
7  Attorneys for: Material Witness EPIFANIO BARAJAS-RODRIGUEZ

8  **UNITED STATES DISTRICT COURT**

9  **SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 08 cr 2430-BTM |
|   | Mag. Docket No.   08 mj 2098 |
| Plaintiff, | |
| v. | **PROOF OF SERVICE VIA E-FILE** |
|   | **[Fed. R. Civ. Pro. 4, Local Rule 5]** |
| GERARDO SALTO-ROCHA (1), | |
| JOSE HERNANDEZ-RIVAS (2), | |
| Defendants. | |

I, Melissa L. Bustarde, declare as follows:

1.      I am over eighteen years of age and not a party to the above-referenced action; my business address is 462 Stevens Avenue, Suite 303, Solana Beach, CA 92075-2066. I am employed in San Diego County, California.

2.      On August 11, 2008, I filed the aforementioned document on the Court's CM/ECF system in Case No. 08 mj 2098/08 cr 2430-BTM. The following counsel were electronically served with the aforementioned document via the CM/ECF system pursuant to Local Rule 5.4(c):

- **Motion to Shorten Time**
- **Notice of Motion and Motion to take deposition by Video**
- **Points and Authorities in Support of Motion for Video Deposition**

| | |
|---|---|
| 1  Peter Mazza, A.U.S.A | Karen Stevens, Esq. |
| 2  Efile.dkt.gc2@usdoj.gov | kstevensesq@hotmail.com |
| 3  David L. Baker, Esq. | |
| 4  dlbakerlaw@aol.com | |

I declare under penalty of perjury under the laws of the United States, State of California that the foregoing is true and correct and that this declaration was executed on August 11, 2008.

*(signature)*
Melissa L. Bustarde, Esq.
Mayfield & Associates

MAYFIELD & ASSOCIATES
ATTORNEYS AT LAW
462 STEVENS AVENUE, SUITE 303
SOLANA BEACH, CA 92075-2066