1  Mayfield & Associates - Attorneys at Law
   Gayle Mayfield-Venieris, Esq., Bar No. 149296
2  mayfield@mayfield-law.com
   Melissa L. Bustarde, Esq., Bar. No. 239062
3  bustarde@mayfield-law.com
   Christopher Y. Lock, Esq., Bar. No. 246815
4  lock@mayfield-law.com
   462 Stevens Avenue, Suite 303
5  Solana Beach, CA 92075-2066
   Tel: (858) 793-8090; Fax: (858) 793-8099
6
   Attorneys for: Material Witness PEDRO NIETO-ROJAS
7

8                    **UNITED STATES DISTRICT COURT**

9                   **SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 10  UNITED STATES OF AMERICA, | Criminal Case No. 08 cr 2430-BTM |
| 11        Plaintiff, | Mag. Docket No.   08 mj 2098 |
| 12        v. | **APPLICATION FOR AN ORDER SHORTENING TIME TO HEAR MATERIAL WITNESS PEDRO NIETO-ROJAS'S MOTION FOR VIDEO DEPOSITION AND RELEASE** |
| 13  GERARDO SALTO-ROCHA (1), | |
| 14  JOSE HERNANDEZ-RIVAS (2), | |
| 15  | JUDGE:   Hon. Barry Ted Moskowitz CRTRM:  15, Fifth floor |
| 16        Defendants. | DATE:  August 15, 2008 TIME:   2:30 p.m. |
| 17 | |

18

19        PEDRO NIETO-ROJAS ("NIETO") hereby applies for an Order Shortening Time in

20  which to hear his Motion for Video Deposition and Release.  The Memorandum of Points and

21  Authorities in support of the Motion, filed herewith, demonstrates the hearing of the Motion on

22  shortened time is necessary; specifically, that NIETO has been incarcerated since July 8, 2008

23  and has no hope of obtaining a surety to post his bond.

24  ///

25  ///

26  ///

27  ///

28

**1 of 2**

United States v. SALTO-Rocha, et al. (08 mj 2098)(08 cr2430-BTM)
Application for Order Shortening Time to Hear Motion for Material Witness' Video Deposition

**Mayfield & Associates**
**Attorneys at Law**
462 Stevens Avenue, Suite 303
Solana Beach, CA 92075-2066

1    Dated: August 11, 2008           Mayfield & Associates

2

3                                  By: /s/ Gayle Mayfield-Venieris
                                      Gayle Mayfield-Venieris, Esq.
                                      Attorney for Material Witness

4                                       PEDRO NIETO-ROJAS

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MAYFIELD & ASSOCIATES
ATTORNEYS AT LAW
462 STEVENS AVENUE, SUITE 303
SOLANA BEACH, CA 92075-2066

United States v. SALTO-Rocha, et al. (08 mj 2098)(08 cr2430-BTM)
Application for Order Shortening Time to Hear Motion for Material Witness' Video Deposition

1   Mayfield & Associates - Attorneys at Law
    Gayle Mayfield-Venieris, Esq., Bar No. 149296
2   mayfield@mayfield-law.com
    Melissa L. Bustarde, Esq., Bar. No. 239062
3   bustarde@mayfield-law.com
    Christopher Y. Lock, Esq., Bar. No. 246815
4   lock@mayfield-law.com
    462 Stevens Avenue, Suite 303
5   Solana Beach, CA 92075-2066
    Tel: (858) 793-8090; Fax: (858) 793-8099
6
    Attorneys for: Material Witness PEDRO NIETO-ROJAS
7

8                    UNITED STATES DISTRICT COURT

9                  SOUTHERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,          Criminal Case No. 08 cr 2430-BTM
                                        Mag. Docket No.   08 mj 2098
11            Plaintiff,

12       v.                             **PROOF OF SERVICE VIA E-FILE**
                                        **[Fed. R. Civ. Pro. 4, Local Rule 5]**
13  GERARDO SALTO-ROCHA (1),

14  JOSE HERNANDEZ-RIVAS (2),

15            Defendants.

16

17

18       I, Melissa L. Bustarde, declare as follows:

19       1.      I am over eighteen years of age and not a party to the above-referenced action; my

20  business address is 462 Stevens Avenue, Suite 303, Solana Beach, CA 92075-2066.   I am

21  employed in San Diego County, California.

22       2.      On August 11, 2008, I filed the aforementioned document on the Court's

23  CM/ECF system in Case No. 08 mj 2098/08 cr 2430-BTM. The following counsel were

24  electronically served with the aforementioned document via the CM/ECF system pursuant to

25  Local Rule 5.4(c):

26  • **Motion to Shorten Time**
    • **Notice of Motion and Motion to take deposition by Video**
27  • **Points and Authorities in Support of Motion for Video Deposition**

28

MAYFIELD & ASSOCIATES
ATTORNEYS AT LAW
462 STEVENS AVENUE, SUITE 303
SOLANA BEACH, CA 92075-2066

**1 of 2**

MAYFIELD & ASSOCIATES
ATTORNEYS AT LAW
462 STEVENS AVENUE, SUITE 303
SOLANA BEACH, CA 92075-2066

1   Peter Mazza, A.U.S.A                    Karen Stevens, Esq.

2   Efile.dkt.gc2@usdoj.gov                 kstevensesq@hotmail.com

3   David L. Baker, Esq.

4   dlbakerlaw@aol.com

5   I declare under penalty of perjury under the laws of the United States, State of California

6   that the foregoing is true and correct and that this declaration was executed on August 11, 2008.

7

8

9   Melissa L. Bustarde, Esq.
    Mayfield & Associates

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28