**FILED**
AUG 1 4 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GERARDO SALTO-ROCHA (1),<br><br>JOSE HERNANDEZ-RIVAS (2),<br><br>Defendants. | Criminal Case No. 08 cr 2430-BTM<br>Mag. Docket No.   08 mj 2098<br><br>[PROPOSED]<br>**ORDER SHORTENING TIME TO HEAR MATERIAL WITNESS ATENEDORO PEREZ-CORTEZ'S MOTION FOR VIDEO DEPOSITION AND RELEASE**<br><br>JUDGE:  Hon. Barry Ted Moskowitz<br>CRTRM: 15, Fifth Floor<br><br>DATE:  August 15, 2008<br>TIME:   2:30 p.m. |
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ATENEDORO PEREZ-CORTEZ | Mag No. 08 mj 2133-LSP |

After full consideration of the Application and papers filed in support thereof, this Court hereby **GRANTS** the material witnesses ATENEDORO PEREZ-CORTEZ("PEREZ")'s request for an Order Shortening Time to hear his Motion for Video Deposition and Release.

The hearing for the Motion for Video Deposition and Release of the material witness PEREZ will come before this Court on **August 15, 2008 at 2:30 p.m.** Appearing for the material

**1 of 2**

United States v. SALTO-Rocha, et al. (08 mj 2098)(08 cr2430-BTM)
United States v. PEREZ-Cortez (08 mj 2133-LSP)
ORDER FOR VIDEO DEPOSITION AND RELEASE OF MATERIAL WITNESS

Mayfield & Associates
Attorneys at Law
462 Stevens Avenue, Suite 303
Solana Beach, CA 92075-2066

1
2
3  witness his attorney Gayle Mayfield-Venieris, Esq., Peter Mazza, Assistant United States
4  Attorney, Karen M. Stevens, Esq. for Defendant Gerardo Salto-Rocha, and David Baker, Esq.,
   for Defendant Jose Hernandez-Rivas.
5
6
7
8  **IT IS SO ORDERED**.
9
10 Dated: 8/13/08
11
12                                                       HON. BARRY TED MOSKOWITZ
                                                         UNITED STATES DISTRICT JUDGE
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2 of 2

United States v. SALTO-Rocha, et al. (08 mj 2098)(08 cr2430-BTM)
United States v. PEREZ-Cortez (08 mj 2133-LSP)
ORDER FOR VIDEO DEPOSITION AND RELEASE OF MATERIAL WITNESS

MAYFIELD & ASSOCIATES
ATTORNEYS AT LAW
462 STEVENS AVENUE, SUITE 303
SOLANA BEACH, CA 92075-2066